UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMUEL MARVIN LEE McFARLAND,

    Plaintiff,

v.

ARBEN KULLOJKA, *et al.*,

    Defendants.

Case No. C18-0457-JCC

ORDER

The Court, having reviewed Plaintiff's complaint, Defendants' motion for summary judgment, the Report and Recommendation of United States Magistrate Judge James P. Donohue, and having received no objections, does hereby ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Defendants' motion for summary judgment (Dkt. No. 13) is GRANTED;

(3) Plaintiff's complaint (Dkt. No. 5) is DIMISSED with prejudice;

(4) The Clerk shall send copies of this order to the parties and Judge Donohue.

DATED this 26th day of February 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE